FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 2 5 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**ANTHONY LEE GAMBINO**,<br><br>Defendant. | CRIMINAL NO. 16-2389 JH<br><br>Count 1: 18 U.S.C. §§ 922(g)(1) and 924(a)(2): Felon in Possession of a Firearm and Ammunition;<br><br>Count 2: 18 U.S.C. § 704(b): Stolen Valor. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about May 12, 2016, in San Juan County, in the District of New Mexico, the defendant, **ANTHONY LEE GAMBINO**, a person who had been convicted of the following felony crimes punishable by imprisonment for a term exceeding one year:

(1) commercial burglary,

(2) failure to appear, and

(3) menacing involving a deadly weapon,

knowingly possessed, in and affecting commerce, firearms and ammunition:

(1) 1 Charter Arms .38 caliber revolver with serial number 1015467,

(2) 1 Berretta 9 mm pistol with serial number J84499Z,

(3) 1 Sig Sauer .40 caliber pistol with serial number AC12200,

(4) 1 Sig Sauer .22 caliber pistol with serial number F275699,

(5) 1 Smith & Wesson .22 caliber rifle with serial number DZB9432,

(6) 1 Stag Arms 5.56 caliber semi-automatic rifle, capable of holding a high-capacity magazine, with serial number 26646,

(7) approximately 50 rounds of .38 caliber ammunition,

(8) approximately 40 rounds of .40 caliber ammunition,

(9) approximately 51 rounds of 9 mm ammunition,

(10) approximately 300 rounds of .22 caliber ammunition,

(11) approximately 44 rounds of .45 caliber ammunition, and

(12) approximately 482 rounds of .223 caliber ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### Count 2

On or about May 12, 2016, in San Juan County, in the District of New Mexico, the defendant, **ANTHONY LEE GAMBINO**, with intent to obtain money, property, or other tangible benefit, fraudulently held himself out to be a recipient of a Purple Heart awarded under 10 U.S.C. § 1192 and a combat action badge, namely, a Combat Action Ribbon.

In violation of 18 U.S.C. § 704(b).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_[signature]_
Assistant United States Attorney
5/23/2016 4:11 PM

2